427 A.2d 245

Commonwealth ex rel. Groff v. Groff.

Appeal of Madeline M. Groff.

Argued September 10, 1979. John C. Bradley, Jr., for appellant; Gene M. Venzke, for appellee.

Before CERCONE, P. J., and WATKINS and LIPEZ, JJ.
Order affirmed.